CLERK US DISTRICT COURT
NORTHERN DIST. OF TX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION    2011 MAR -8  PM 3: 56

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **TO BE FILED UNDER SEAL** |
| | § | |
| v. | § | NO. 3:09-CR-003-K |
| | § | **(Supersedes indictment returned January 6,2009** |
| BRANDON KELLEY  (05) | § | **as to defendant Brandon Kelley only)** |

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vii))

Beginning on or about a date unknown to the grand jury and continuing thereafter

until April 22, 2008, in the Dallas Division of the Northern District of Texas and

elsewhere, defendant, **Brandon Kelley**, along with Kristofor Kelley, Ronald Kelley,

Kevin Heitz, and Jessica Moore, and others known and unknown to the grand jury, did

knowingly and intentionally combine, conspire, confederate, and agree to engage in

conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vii), namely to manufacture,

distribute, and possess with intent to distribute 1,000 or more marijuana plants, a

Schedule I controlled substance.

In violation of 21 U.S.C. § 846.

**Brandon Kelley Superseding Indictment - Page 2**

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
JAY DEWALD
Assistant United States Attorney
Texas State Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214.659.8600
Facsimile:    214.659.8803
E-mail:    jay.dewald@usdoj.gov

**Brandon Kelley Superseding Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BRANDON KELLEY (5)

SEALED SUPERSEDING INDICTMENT

Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii))

1 Count

A true bill rendered

DALLAS                                                            FOREPERSON

Filed in open court this_____8TH____day of March, A.D. 2011.

Warrant to be issued

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Magistrate Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: [X] Yes [ ] No     New Defendant: [X] Yes [ ] No

Pending CR Case in NDTX: [ ] Yes [X] No   If Yes, number: 3:09-CR-003-K

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: [ ] Yes [X] No

   If Yes, Matter to be sealed:

   **X** Yes    [ ] No

   Defendant Name               **BRANDON KELLEY**

   Alias Name _____

   Address _____

                         DALLAS

   County in which offense was committed: _____

   *MAR – 8 2011*

   *CLERK, U.S. DISTRICT COURT*
   *NORTHERN DISTRICT OF TEXAS*

2. **U.S. Attorney Information**

   **JAY DEWALD**               Bar # **TX 24001990** _____

3. **Interpreter**

   [ ] Yes   [X] No     If Yes, list language and/or dialect: _____

4. **Location Status**     **WARRANT TO BE ISSUED**

   Arrest Date -

   [ ] Already in Federal Custody
   [ ] Already in State Custody
   [ ] On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **1**     [ ] Petty    [ ] Misdemeanor    [X] Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C.§ 846;<br>21 U.S.C. §§ 841(a)(1)<br>and (b)(1)(A)(vii)) | Conspiracy To Distribute a Controlled Substance | 1 |

   Date       February 23, 2011            Signature of AUSA: _____

                                                JAY DEWALD